## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

|  |  |
|---|---|
| Lori Isaacson, | : |
|  | : |
| Plaintiff, | : |
| vs. | : |
|  | : |
| RGS Financial, Inc.; and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |

### COMPLAINT

For this Complaint, Plaintiff, Lori Isaacson, by undersigned counsel, states as follows:

### JURISDICTION

1.      This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA").

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3.      Plaintiff, Lori Isaacson ("Plaintiff"), is an adult individual residing in Plantation, Florida, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4.      Defendant, RGS Financial, Inc. ("RGS"), is a Texas business entity with an address of 1700 Jay Ell Drive, Suite 2003, Richardson, Texas 75081-6788, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

5.      Does 1-10 (the "Collectors") are individual collectors employed by RGS and whose identities are currently unknown to Plaintiff.  One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

6.      RGS at all times acted by and through one or more of the Collectors.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A.  The Debt

7.      Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor").

8.      The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

9.      The Debt was purchased, assigned or transferred to RGS for collection, or RGS was employed by the Creditor to collect the Debt.

10.     Defendants attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B.  RGS Engages in Harassment and Abusive Tactics

11.     Within the last year, RGS began calling Plaintiff in an attempt to collect the Debt.

12.     On June 17, 2016, Plaintiff mailed a letter to RGS requesting that all calls cease immediately.

13.     Nevertheless, RGS continued to harass Plaintiff with calls in an attempt to collect the Debt.

### C.  Plaintiff Suffered Actual Damages

14.     Plaintiff has suffered and continues to suffer actual damages as a result of Defendants' unlawful conduct.

15.     As a direct consequence of Defendants' acts, practices and conduct, Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

### COUNT I
### VIOLATIONS OF THE FDCPA 15 U.S.C. § 1692, et seq.

16.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17.     Defendants' conduct violated 15 U.S.C. § 1692c(c) in that Defendants contacted Plaintiff after having received written notification from Plaintiff to cease communication.

18.     Defendants' conduct violated 15 U.S.C. § 1692d in that Defendants engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of a debt.

19.     Defendants' conduct violated 15 U.S.C. § 1692d(5) in that Defendants caused a phone to ring repeatedly and engaged Plaintiff in telephone conversations, with the intent to annoy and harass.

20.     Defendants' conduct violated 15 U.S.C. § 1692f in that Defendants used unfair and unconscionable means to collect a debt.

21.     The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FDCPA.

22.     Plaintiff is entitled to damages as a result of Defendants' violations.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendants:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3.  Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §

    1692k(a)(3);

4.  Punitive damages; and

5.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: February 24, 2017

Respectfully submitted,

By:     */s/ Stan Michael Maslona*
        Stan Michael Maslona, Esq.
        Florida Bar No. 86128
        Lemberg Law, LLC
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        smaslona@lemberglaw.com